| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>COUNTY OF PORTER ) | IN THE PORTER COUNTY SUPERIOR COURT<br>CAUSE NO: 64D05-1302-CT-1946 |
| BERNICE M. JONES<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY C. MILLER and SHIRE USA<br><br>Defendants. | FILED<br>IN OPEN COURT<br><br>FEB 25 2013<br><br>PORTER CIRCUIT SUPERIOR COURT |

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, Bernice M. Jones ("Plaintiff") by counsel, and for her Complaint for Damages against the Defendants, Timothy C. Miller and Shire USA ("Defendants") alleges and asserts that:

1. At all times mentioned herein the Plaintiff was and is a resident of the City of Covert, State of Michigan.

2. At all times mentioned herein, Defendant Shire USA was and is a corporation doing business in the State of Indiana.

3. At all times relevant to this Complaint, Defendant Timothy C. Miller, was an employee, agent, contractor or servant of Shire USA.

4. All of the acts and/or omissions of Shire USA herein alleged, were performed and/or omitted by and through the agents, contractors, servants, and/or employees of Shire USA, including but not limited to Timothy C. Miller, while they were acting within the scope and course of their contract and/or employment.

5. At all times mentioned herein, there was and is now near the City of Chesterton, County of Porter, State of Indiana, a public thoroughfare known as Interstate 94, which generally runs in an easterly and westerly.

6. On July 29, 2011, the Plaintiff was a passenger in a vehicle that was slowing for traffic when the vehicle she was in was rear-ended by a vehicle driven by Defendant, Timothy C. Miller.

7. The aforementioned collision was directly and proximately caused by the carelessness and negligence of Timothy C. Miller.

8. As a direct and proximate result of the carelessness and negligence of Defendants, the Plaintiff sustained personal injuries, resulting in pain and suffering.

9. In order to treat these injuries, the Plaintiff has been required to engage in the services of hospitals, physicians, physical therapists, and other medical practitioners, which incurred medical expenses, and may continue to incur medical expenses for medical care in the future, all caused by the negligence of the Defendants.

10. As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff has been damaged.

WHEREFORE, the Plaintiff, prays that the Court grant judgment against the Defendants, in an amount commensurate with her injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

_____
Spencer King, # 26433-53
Attorney for Plaintiff

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, by counsel and files herein her request for trial by jury for the above action.

Respectfully submitted,

Spencer King, # 26433-53
Attorney for Plaintiff

HENSLEY LEGAL GROUP, PC
350 E. New York Street, Suite 300
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sking@hensleylegal.com